UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON ADRIAN, on behalf of herself, all others similarly situated, and,the general public,<br><br>     Plaintiff,<br>v.<br><br>SONY ELECTRONICS INC., and DOES 1 through 100, inclusive,<br><br>     Defendants. | Case No.09cv124 JM(POR)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br>[Docket No. 6] |

  Upon the joint motion of the parties (Docket No. 6) and for good cause shown, Defendant Sony Electronics Inc.'s time to respond to the Complaint is hereby extended to March 2, 2009.

  IT IS SO ORDERED.

DATED: January 29, 2009

                       _____
                       Hon. Jeffrey T. Miller
                       United States District Judge