# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON ADRIAN, on behalf of herself, all others similarly situated and the general public,<br><br>    Plaintiff,<br><br>    vs.<br><br>SONY ELECTRONICS, INC., and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 09-cv-0124-JM-POR<br><br>ORDER ON JOINT MOTION RE DISMISSAL OF ACTION WITHOUT PREJUDICE<br>[Docket No. 19]<br><br>The Honorable Jeffrey T. Miller<br><br>Courtroom: 16 |

Having considered the papers submitted, and finding that good cause exists, the Joint Motion of Plaintiff Devon Adrian and Defendant Sony Electronics Inc. to dismiss this action without prejudice (Docket No. 19) is hereby GRANTED and this matter is ordered dismissed without prejudice and without costs to either side. The Clerk of Court is directed to close this file.

IT IS SO ORDERED.

Dated: April 24, 2009

_____
JEFFREY T. MILLER
UNITED STATES DISTRICT COURT JUDGE